IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Rudolph V

Printed: 8/12/08

Case Number: 08 B 01452
Judge: Hollis, Pamela S
Filed: 1/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 774.06 |  |
| Secured: |  | 456.25 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 268.13 |
| Trustee Fee: |  | 49.68 |
| Other Funds: |  | 0.00 |
| Totals: | 774.06 | 774.06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 1,300.00 | 268.13 |
| 2. | Union Auto Sales | Secured | 6,870.80 | 321.71 |
| 3. | New Age Chicago Furniture Co | Secured | 2,300.00 | 107.67 |
| 4. | Pinnacle Gem & Jewerly | Secured | 1,300.00 | 26.87 |
| 5. | RoundUp Funding LLC | Unsecured | 168.00 | 0.00 |
| 6. | New Age Chicago Furniture Co | Unsecured | 46.63 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 163.17 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 978.25 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 3,341.60 | 0.00 |
| 10. | Portfolio Acquisitions | Unsecured | 358.36 | 0.00 |
| 11. | Credit Service of America | Unsecured | | No Claim Filed |
| 12. | Ameristar Financial Company | Unsecured | | No Claim Filed |
| 13. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 14. | California Student Aid | Unsecured | | No Claim Filed |
| 15. | Credit Management Co. | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Collection | Unsecured | | No Claim Filed |
| 18. | Credit Service of America | Unsecured | | No Claim Filed |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | Credit Service of America | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | Credit Service of America | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Robinson, Rudolph V

Printed: 8/12/08

Case Number: 08 B 01452
Judge: Hollis, Pamela S
Filed: 1/23/08

$ 16,826.81      $ 724.38

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 13.93 |
| 6.5% | 35.75 |

$ 49.68

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____